original

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

File Number _____

SAMMIE LEE RELERFORD JUNIOR,
    Plaintiff,

V.

MAXINE M. CHESNEY, U.S. DIST. JUDGE
    Defendant.

C07-5281/MMC
NOTICE OF APPEAL

RECEIVED
CATHY A CATTERSON, CLERK
U.S. COURT OF APPEALS
MAY 02 2008

Notice is hereby given that <u>Sammie Lee Relerford Junior</u> (Plaintiff) in the case No. <u>C07-5281 MMC (PR)</u>, hereby appeal to the United States Court of Appeals for the <u>Ninth</u> Circuit from the order of Dismissal on Judgment of a Criminal Case filed on the <u>11th</u> day of <u>APRIL, 2008</u> Received on the <u>15th</u> day of <u>APRIL, 2008</u> from the final judgment entered in this action on the <u>28th</u> day of <u>APRIL, 2008</u>.

<u>Sammie Lee Relerford Junior - (Pro Per)</u>
<u>#J-63724)(P.O.Box 290066)(CSP/SAC/IV FB5-104Low)</u>
<u>Represa, CA. 95671-0066</u>

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 8-72)

One of two pages

## VERIFICATION

(C.C.P. §§446; 2015.5;
28 U.S.C. §1746)

I, _Sammie Lee Relerford Junior_, declare under the penalty of perjury that:

I am the _Plaintiff_ in the attached matter; I have read the foregoing document(s) and know the contents thereof; and the same is true of my own personal knowledge, or upon information and belief therein that they are true; that if called to testify as to the contents hereof I could do so competently as a sworn witness.

Executed this _28_ day of _APRIL_, _2008_, at California State Prison / Sacramento, Represa, California 95671.

(Signature) _____
                    Declarant

*********************************************************************

## DECLARATION OF SERVICE BY MAIL

(C.C.P. §§1013(a); 2015.5; 28 U.S.C. §1746)

I, _Sammie Lee Relerford Junior_ declare:   That I am a resident of California State Prison / Sacramento, State of California;  I am over the age of 18 years;  I am/~~am not~~ a party to the above entitled action;  My address is P.O. Box 290066, Represa, California 95671-0066;  I served the attached document(s) entitled:

_NOTICE OF APPEAL_

on the ~~persons~~/parties specified below by placing a true and duplicated copy of said documents into a sealed envelope with appropriate First Class Postage affixed thereto and prepaid, and placing said envelope(s) into the United States Mail in a deposit box provided at the California State Prison / Sacramento, Represa, California, addressed as follows:

_UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
95 Seventh Street
San Francisco, CA. 94103_

There is First Class mail delivery service by United States Mail at the places so addressed and/or regular communication by mail between the place of mailing and the addresses above. I declare under the penalty of perjury that the foregoing is true and correct and that I executed this service on this _28_ day of _APRIL_, _2008_ at California State Prison / Sacramento, Represa, California 95671.

(Signature) _____
                    Declarant

_two of two pages_