IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SAMMIE LEE RELERFORD, JR., | ) | No. C 07-5281 MMC (PR) |
| Petitioner, | ) ) | **ORDER DENYING CERTIFICATE OF APPEALABILITY** |
| v. | ) ) | **(Docket No. 4)** |
| J. WALKER, Warden, | ) ) | |
| Respondent. | ) ) | |
| _____ | ) | |

    On October 17, 2007, petitioner, a California prisoner proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 11, 2008, the Court reviewed the petition and found it presents claims challenging a 1996 sentence that was the subject of petitioner's prior federal habeas corpus petitions. As petitioner had not sought or obtained an order from the Ninth Circuit authorizing him to file a second or successive petition in the district court, the Court dismissed the petition without prejudice to petitioner's refiling the petition if he obtains the necessary order.

    Petitioner has now filed a notice of appeal, which the Court construes as including a request for a certificate of appealability pursuant to 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b). See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997). Petitioner has not shown, however, "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484 (2000). Accordingly, the request for a certificate of

appealability is hereby DENIED.

The Clerk shall forward this order, along with the case file, to the United States Court of Appeals for the Ninth Circuit, from which petitioner may also seek a certificate of appealability. See Asrar, 116 F.3d at 1270.

This order terminates Docket No. 4.

IT IS SO ORDERED.

DATED: July 1, 2008

_____
MAXINE M. CHESNEY
United States District Judge