**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 2, 2008

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

**CASE NUMBER: CV 07-05281 MMC**

**CASE TITLE: SAMMIE LEE RELERFORD JUNIOR-v-J. WALKER, WARDEN**

USCA Case Number:

Dear Sir/Madam:

   Enclosed is the Notice of Appeal in the above captioned case. Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

                                      Sincerely,

                                      RICHARD W. WIEKING, Clerk

                                      *[signature]*

                                      by: Alfred Amistoso
                                      Case Systems Administrator

cc: Counsel of Record