UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

July 2, 2008

**CASE INFORMATION:**
Short Case Title:  <u>SAMMIE LEE RELERFORD JUNIOR</u>-v- <u>J. WALKER, WARDEN</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>Northern District: Judge Maxine M. Chesney</u>
Criminal and/or Civil Case No.: <u>CV 07-05281 MMC</u>
Date Complaint/Indictment/Petition Filed: <u>10/17/07</u>
Date Appealed order/judgment *entered* <u>4/11/08</u>
Date NOA *filed* <u>5/20/08</u>
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):  ☐ granted in full (attach order)     ☐ denied in full (send record)
                         ☐ granted in part (attach order)     ☐ pending

Court Reporter(s) Name & Phone Number: <u>None</u>

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                        Date Docket Fee Billed: <u>7/2/08</u>
Date FP granted:                             Date FP denied:
Is FP pending? ☐ yes  ☐ no                                   Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                           Appellee Counsel:
Sammie Lee Relerford, Jr., [Pro Se]
CSP-Sacramento J-63724
P.O. Box 290001
Represa, CA 95671
☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                 Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                        9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Alfred Amistoso</u> 415 522-2006