**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 2, 2008

Sammie Lee Relerford, Jr.
CSP-Sacramento J-63724
P.O. Box 290001
Represa, CA 95671

SUBJECT:     Request for Payment of Docket Fee

**Title:** **SAMMIE LEE RELERFORD JUNIOR -v- J. WALKER, WARDEN**
**Case Number:**     CV 07-05281 MMC
**Court of Appeals Number:**

A notice of appeal was filed with this Court on 5/20/08 and the docketing fee of $455.00 has not been received. Please forward the above referenced fee to this office immediately.

The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

Sincerely,

RICHARD W. WIEKING, Clerk

*[signature]*

by:  Alfred Amistoso
**Case Systems Administrator**

**cc: U.S. Court of Appeals**