Original

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

File Number _____

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS
MAY 02 2008

SAMMIE LEE RELERFORD JUNIOR,
  Plaintiff,
v.
MAXINE M. CHESNEY, U.S. DIST. JUDGE
  Defendant.

C07-5281/MMC
NOTICE OF APPEAL

Notice is hereby given that <u>Sammie Lee Relerford Junior</u> (Plaintiff) in the case <u>No. C07-5281 MMC (PR)</u>, hereby appeal to the United States Court of Appeals for the <u>Ninth</u> Circuit from the order of Dismissal on Judgment of a Criminal Case filed on the <u>11th</u> day of <u>APRIL, 2008</u> Received on the <u>15th</u> day of <u>APRIL, 2008</u> from the final Judgment entered in this action on the <u>28th</u> day of <u>APRIL, 2008</u>.

Sammie Lee Relerford Junior (Pro Per)
#J-63724 / P.O. Box 290066 (CSP/SAC/VFB5-104up)
Represa, CA. 95671-0066

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 8-72)

One of two pages

Original

VERIFICATION

(C.C.P. §§446; 2015.5;
28 U.S.C. §1746)

I, Sammie Lee Relerford Junior, declare under the penalty of perjury that:

I am the Plaintiff in the attached matter; I have read the foregoing document(s) and know the contents thereof; and the same is true of my own personal knowledge, or upon information and belief therein that they are true; that if called to testify as to the contents hereof I could do so competently as a sworn witness.

Executed this 28 day of APRIL, 2008, at California State Prison / Sacramento, Represa, California 95671.

(Signature) _____
Declarant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DECLARATION OF SERVICE BY MAIL

(C.C.P. §§1013(a); 2015.5; 28 U.S.C. §1746)

I, Sammie Lee Relerford Junior, declare: That I am a resident of California State Prison / Sacramento, State of California; I am over the age of 18 years; I am/~~am not~~ a party to the above entitled action; My address is P.O. Box 290066, Represa, California 95671-0066; I served the attached document(s) entitled:

NOTICE OF APPEAL

on the ~~persons~~/parties specified below by placing a true and duplicated copy of said documents into a sealed envelope with appropriate First Class Postage affixed thereto and prepaid, and placing said envelope(s) into the United States Mail in a deposit box provided at the California State Prison / Sacramento, Represa, California, addressed as follows:

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
95 Seventh Street
San Francisco, CA. 94103

There is First Class mail delivery service by United States Mail at the places so addressed and/or regular communication by mail between the place of mailing and the addresses above. I declare under the penalty of perjury that the foregoing is true and correct and that I executed this service on this 28 day of APRIL, 2008 at California State Prison / Sacramento, Represa, California 95671.

(Signature) _____
Declarant

two of two pages