**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                                   General Court Number
Clerk                                                                                           415.522.2000

**UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**
**RECORD TRANSMITTAL FORM**

**Date:**

**To:**   United States Court of Appeals            ( )  Check here if record is being
          For the Ninth Circuit/Records Unit              sent directly to a Judge
          95 Seventh Street
          San Francisco, CA 94103

**From:**

**DC No:**        __C07-5281 MMC__        **Appeal No:** _____

**Short Title:**        __Relerford v. Walker_____

**Composition of Record**

**Clerk's Files in   __1__   volumes**        (X) original        ( ) certified copy

  **Bulky docs.** ___ **volumes (folders)**        docket#_____

**Reporter's**
**Transcripts    in** _____**volumes**        ( ) original        ( ) certified copy

**Exhibits:**   in _____envelopes        ( ) under seal
                in _____boxes                ( ) under seal

**Other:**_____
_____
_____

**(please note any documents filed under seal)**


**Acknowledgment:**_____        **Date:**_____