


Molly C. Dwyer
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

(415) 355-8000

July 7, 2008

| | |
|---|---|
| USCA9 No.: | 08-16542 |
| D.C. No.: | 3:07-cv-05281-MMC |
| Short Title: | Sammie Relerford, Jr. v. J. Walker |

Dear Mr. Relerford,

The Clerk's Office of the United States Court of Appeals for the Ninth Circuit has received a copy of your notice of appeal and/or request for a certificate of appealability. **A briefing schedule will not be set until the court determines whether a certificate of appealability should issue.**

Absent an emergency, all subsequent filings in this matter will be referred to the panel assigned to consider whether or not to grant the certificate of appealability.

All subsequent letters and requests for information regarding this matter will be added to your file to be considered at the same time the cause is brought before the court.

The U.S. Court of Appeals docket number shown above has been assigned to your case. You must indicate the docket number and title of your case when corresponding with the court about your case.

**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 2, 2008

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

08-16542

**CASE NUMBER: CV 07-05281 MMC**

**CASE TITLE: SAMMIE LEE RELERFORD JUNIOR-v-J. WALKER, WARDEN**

USCA Case Number:

Dear Sir/Madam:

　　Enclosed is the Notice of Appeal in the above captioned case. Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　RICHARD W. WIEKING, Clerk

　　　　　　　　　　　　　　　　　　　　*Alfred Amistoso*

　　　　　　　　　　　　　　　　　　　　by: Alfred Amistoso
　　　　　　　　　　　　　　　　　　　　Case Systems Administrator

cc: Counsel of Record

**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## RECORD TRANSMITTAL FORM

**Date:**

**To:**  United States Court of Appeals
For the Ninth Circuit/Records Unit
95 Seventh Street
San Francisco, CA 94103

( ) Check here if record is being
    sent directly to a Judge

**From:**

DC No: _____ C07-5281 MMC _____  Appeal No: _____ 08-16542 _____

Short Title: _____ Relerford v. Walker _____

**Composition of Record**

Clerk's Files in __1__ volumes         (X) original          ( ) certified copy

Bulky docs. ___ volumes (folders)      docket#_____

Reporter's
Transcripts  in _____ volumes         ( ) original          ( ) certified copy

Exhibits:   in _____ envelopes        ( ) under seal
            in _____ boxes            ( ) under seal

Other:_____
_____
_____

(please note any documents filed under seal)

Acknowledgment: _____S. Der_____        Date: __7/7/8__



FILED
08 JUL -9 PM 2:07
U.S. DISTRICT COURT
N. DISTRICT OF CALIFORNIA

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES