UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**AMENDED NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

September 2, 2008

**CASE INFORMATION:**
Short Case Title:  <u>SAMMIE LEE RELERFORD JUNIOR</u>-v- <u>J. WALKER, WARDEN</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>Northern District: Judge Maxine M. Chesney</u>
Criminal and/or Civil Case No.: <u>CV 07-05281 MMC</u>
Date Complaint/Indictment/Petition Filed: <u>10/17/07</u>
Date Appealed order/judgment *entered* <u>4/11/08</u>
Date NOA *filed* <u>5/20/08</u>
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):     ☐ granted in full (attach order)      ☐ denied in full (send record)
                            ☐ granted in part (attach order)      ☐ pending

Court Reporter(s) Name & Phone Number: <u>None</u>

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                     Date Docket Fee Billed: <u>7/2/08</u>
Date FP granted:                          Date FP denied:
Is FP pending? ☐ yes  ☐ no                              Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                        Appellee Counsel:
Sammie Lee Releford, Jr., [Pro Se]
CSP-Sacramento J-63724
P.O. Box 290001
Represa, CA 95671
☐ retained   ☐ CJA   ☐ FPD   ☐ Pro Se   ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                              Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid: 8/28/08                   9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Alfred Amistoso</u> 415 522-2006