**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 2, 2008



Represa, CA 95671

SUBJECT:  Request for Payment of Docket Fee

Title: **SAMMIE LEE RELERFORD JUNIOR -v- J. WALKER, WARDEN**
Case Number:  **CV 07-05281 MMC**
Court of Appeals Number:

A notice of appeal was filed with this Court on 5/20/08 and the docketing fee of

$455.00 has not been received. Please forward the above referenced fee to this office

immediately.

The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

Sincerely,

RICHARD W. WIEKING, Clerk

by: Alfred Amistoso
Case Systems Administrator

cc: U.S. Court of Appeals

*To be paid by check for: Notice of Appeal (CV-07-05281), USCA 9th (Cir. DK.No. 08-16542) fee payment, Requested by CLERK, U.S. DIST. COURT.*
*ENCLOSED Payment.*

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611022863
Cashier ID: buczlem
Transaction Date: 08/28/2008
Payer Name: BILL LOCKYER

NOTICE OF APPEAL/DOCKETING FEE
 For: sammie l relesford
 Case/Party: D-CAN-3-07-CV-005281-001
 Amount:         $455.00

CHECK
 Check/Money Order Num: 205846211
 Amt Tendered: $455.00

Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

MMC

Checks and drafts are accepted
subject to collection and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```



S. L. Relerford J63724
PO Box 290066
Represa, CA 95671-0066

SACRAMENTO CA
27 AUG 2008 PM 4 T

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC
POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

— CONFIDENTIAL —
LEGAL MAIL

*[signature] 08/14/08*